NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KOSS CORPORATION,**
*Appellant*

v.

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

---

2022-2089

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00255.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                          KOSS CORPORATION v. VIDAL

(2)  Each side shall bear their own costs.


                                        FOR THE COURT

October 20, 2022
        Date                    /s/ Peter R. Marksteiner
                                Peter R. Marksteiner
                                Clerk of Court


**ISSUED AS A MANDATE:** October 20, 2022